**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01051-CV

## FOR THE BEST INTEREST AND PROTECTION OF R.O.

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 14M-149**

## ORDER

Because this is an accelerated appeal, we **GRANT** appellant's September 11, 2014 motion for extension of time to file brief to the extent we **ORDER** the brief be filed no later than September 22, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE